## COMMISSIONER OF INTERNAL REVENUE v. WELLS BROTHERS CONSTRUCTION COMPANY.

### No. 4512.

Circuit Court of Appeals, Seventh Circuit.

Oct. 10, 1933.

Before ALSCHULER, EVANS, and SPARKS, Circuit Judges.

PER CURIAM.

On motion of counsel for petitioner, counsel for respondent consenting, it is or-

dered by the court that the petition of the Commissioner of Internal Revenue for a review of the order of redetermination of the United States Board of Tax Appeals, entered on September 6, 1929, be, and the same is hereby, dismissed.